**THOMPSON LAW GROUP, P.C.**
2321 E. Speedway Blvd.
Tucson, Arizona 85719
(520) 882-5633  (520) 745-0616 (FAX)
**Lisa C. Thompson** (State Bar No. 016794)
Attorney for the Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Alfonso Oscar Aceves and Carmen Clark Aceves,<br><br>Debtors. | Chapter 13<br>No. 4:09-bk-33221-EWH<br><br>**OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| JP Morgan Mortgage Acquisuition Corp., C/O Chase Home Finance, LLC, as servicing agent<br><br>Movant,<br><br>v.<br><br>Alfonso Oscar Aceves and Carmen Clark Aceves, Debtors, and Dianne C. Kerns, Chapter 13 Trustee,<br><br>Respondents. | |

COME NOW, the Debtors, by and through counsel undersigned and hereby oppose the Movant's Motion for Relief from Automatic Stay for the following reasons:

1. Debtors have filed an adversary proceeding to determine the characterization of the Movant's debt as a general unsecured nonpriority debt.

2. This matter is properly handled through the adversary proceeding which has been served on the Movant and a copy sent to counsel for this Motion.

1

RESPECTFULLY SUBMITTED this 22nd day of March 2010.

By: /s/ Lisa C. Thompson - 016794
Lisa C. Thompson
Attorney for the Debtors/Respondents

An original/copy of the foregoing mailed/hand-
delivered this 22nd day of March 2010 to:

Clerk of the Court
United States Bankruptcy Court
38 S. Scott
Tucson, Arizona 85701

Dianne Crandell Kerns, Trustee
Office of the Chapter 13 Trustee
7320 N. La Cholla #154-413
Tucson, AZ 85741
Chapter 13 Trustee

Mark Bosco
Leonard McDonald
TIFFANY & BOSCO, P.A.
2525 E. Camelback Rd., Suite 300
Phoenix, AZ 85016
Attorney for the Movant